No. 352. THOMPSON v. LAWSON, DEPUTY COMMISSIONER OF THE UNITED STATES BUREAU OF EMPLOYEES COMPENSATION, ET AL. The petition for rehearing is granted and the order entered November 16, 1953, granting certiorari, *ante*, p. 884, is vacated.

No. 18. TOOLSON v. NEW YORK YANKEES, INC. ET AL., *ante*, p. 356;

No. 23. KOWALSKI v. CHANDLER, COMMISSIONER OF BASEBALL, ET AL., *ante*, p. 356;

No. 25. CORBETT ET AL. v. CHANDLER, COMMISSIONER OF BASEBALL, ET AL., *ante*, p. 356;

No. 229. HAINES ET AL., COMPRISING KEYSTONE POLICYHOLDERS' COMMITTEE, v. PENNSYLVANIA ET AL., *ante*, p. 852;

No. 323. FRANKLIN, REGIONAL COUNSEL, WAGE STABILIZATION BOARD, ET AL. v. JONCO AIRCRAFT CORP., *ante*, p. 868;

No. 340. LEONARD ET AL. v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 876;

No. 343. AIKEN v. RICHARDSON, *ante*, p. 869;

No. 354. AEBY ET UX. v. UNITED STATES, *ante*, p. 885;

No. 361. GUIBERSON CORPORATION v. GARRETT OIL TOOLS, INC., *ante*, p. 886; and

No. 369. KEYSTONE METAL CO. v. CITY OF PITTSBURGH ET AL., *ante*, p. 887. Petitions for rehearing denied.

No. 388, Misc., October Term, 1952. HOURIHAN v. NATIONAL LABOR RELATIONS BOARD ET AL., 345 U. S. 930. Fourth petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.